UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cr-33-MOC-DLH-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SERVANDO GARZA, | ) | |
| Defendant. | ) | |

Defendant in this action submitted a Motion [Doc. 24] which has undergone a screening review. It appears that Defendant intends to request a sentence reduction pursuant to Amendment 821 of the United States Sentencing Guidelines.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion [Doc. 24] will be treated as a sentence reduction pursuant to Amendment 821 of the United States Sentencing Guidelines in Defendant's criminal proceeding and that the Clerk's Office is directed to update the docket accordingly.

**IT IS SO ORDERED**.

Signed: January 28, 2025

Max O. Cogburn Jr.
United States District Judge